UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIE TRAVIS, on behalf of herself and all otheres similarly situated,

                Plaintiff,

-against-

NAVIENT CORPORATION and NAVIENT SOLUTIONS, INC.,

                Defendants.

Case No. 2:17-CV-04885-JFB-GRB

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, on or about August 18, 2017, plaintiff Marie Travis ("Plaintiff") filed a proposed class action complaint against defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. (together "Defendants");

WHEREAS, Defendants' response is due on September 20, 2017;

WHEREAS, Defendants seek to extend the time within which they must move, answer or otherwise respond to the Complaint to and including November 3, 2017;

WHEREAS, Defendants need additional time to respond to the complaint;

WHEREAS, Plaintiff has consented to Defendants' request to extend the time within which they must move, answer or otherwise respond to the Complaint to November 3, 2017;

WHEREAS, this is the first request for an extension of time to move, answer or otherwise respond to the Complaint;

WHEREAS, this extension will not affect any scheduled dates in the matter.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that Defendants' time to move, answer or otherwise respond to the Complaint is extended to and including November 3, 2017.

Dated: September 18, 2017    VEDDER PRICE P.C.


By: /s/ Ashley B. Huddleston
   Ashley B. Huddleston
   ahuddleston@vedderprice.com
   1633 Broadway, 31st Floor
   New York, New York 10019
   T: +1 212 407 7700
   F: +1 212 407 7799

   Attorneys for Defendants
   NAVIENT CORPORATION and
   NAVIENT SOLUTIONS, LLC

Dated: September 18, 2017    REESE LLP


By: /s/ Michael R. Reese
   Michael R. Reese
   George V. Granade
   100 West 93rd Street, 16th Floor
   New York, New York 10025
   T: +1 212 643 0500
   F: +1 212 253 4272
   mreese@reesellp.com
   ggranade@reesellp.com

   Attorneys for Plaintiff
   MARIE TRAVIS

SO ORDERED


_____
 Hon. Joseph F. Bianco
 United States District Judge