UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIE TRAVIS, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

NAVIENT CORPORATION and NAVIENT SOLUTIONS, INC.,

                Defendants.

Case No. 2:17-CV-04885-JFB-GRB

---

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS**

    Defendants Navient Corporation and Navient Solutions, Inc. (collectively, "Defendants") provide notice of the following supplemental authorities which are relevant to the defense of preemption asserted at pages 8-11 of Defendants' Combined Memorandum of Law In Support Of Motion To Dismiss And Motion To Strike Class Allegations (ECF No. 43-1) and pages 2-4 of Defendants' Combined Reply In Support Of Motion To Dismiss And Motion To Strike Class Allegations (ECF No. 48):

    1.    On March 12, 2018, the U.S. Department of Education published a formal notice in the Federal Register confirming, *inter alia*, its formal position that the express preemption provision in the Higher Education Act ("HEA"), 20 U.S.C. § 1098g, precludes efforts to apply existing State consumer protection laws to Federal Family Education Loan ("FFEL") servicers. *See* U.S. Department of Education, *Federal Preemption and State Regulation of the Department of Education's Federal Student Loan Programs and Federal Student Loan Servicers*, 83 Fed.

Ref. 10619, 10621, 2018 WL 1240656 (Mar. 12, 2018).  A copy of the notice is attached as **Exhibit A**.

2. The March 12, 2018 notice cites with approval the decision in *Nelson v. Great Lakes Educ. Loan Servs., Inc.*, No. 17-CV-183, 2017 WL 6501919 (S.D. Ill. Dec. 19, 2017).  The court in *Nelson* held that the plaintiff's state consumer protection law claims based on allegations of "steering" are preempted by the HEA.  A copy of *Nelson* is attached as **Exhibit B**.

Dated: March 15, 2018            VEDDER PRICE (CA), LLP

By: /s/ Lisa M. Simonetti

Lisa M. Simonetti (admitted *pro hac vice*)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

VEDDER PRICE P.C.
Ashley B. Huddleston
ahuddleston@vedderprice.com
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799

Bryan K. Clark (admitted *pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, IL 60601
T: +1 312 609 7810
F: +1 312 609 5005

Attorneys for Defendants
NAVIENT CORPORATION and
NAVIENT SOLUTIONS, LLC, formerly
known as NAVIENT SOLUTIONS, INC.