UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE TRAVIS, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br>Vs.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, INC.,<br><br>                      Defendants. | Case No. 2:17-cv-04885-RRM-ST |

## STIPULATED MOTION FOR AMENDED CASE SCHEDULE

Plaintiff Marie Travis ("Plaintiff") and defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("Defendants," and together with Plaintiff, the "Parties") respectfully request an Amended Case Schedule. In support thereof, the Parties state as follows:

1. On May 28, 2020, and pursuant to a Court order requesting the same, the Parties submitted a Joint Proposed Scheduling Order. [Dkt. 75].

2. On June 1, 2020, the Court granted the same via minute order. [no Dkt. number assigned].

3. On July 13, 2020, the Court and the Parties held a settlement conference, but no resolution was reached. [Dkt. 79, Minute Entry].

4. On November 2, 2020, Plaintiff filed a First Amended Class Action Complaint ("FAC"). [Dkt. 80].

5. By way of the FAC, Plaintiffs altered the allegations and claims as follows:

ACTIVE 54169848v1

    a.  Asserted a new breach of contract claim based on a different theory than previously asserted (*see* FAC at ¶¶ 130-137); [1] and

    b.  Amplified allegations on the substance of the claims and supplemented the "common questions" for purposes of proposed class certification to account for the same (*id*. at ¶¶ 93-96 and 126(c)).

6.    The foregoing changes will alter the discovery sought, the briefing on class certification, expert opinions, and dispositive motions.

7.    Defendants' response to the FAC currently is due on December 16, 2020, pursuant to a granted Motion for Extension. [Dkt. 81].

8.    The Parties further continue to explore the possibility of settlement.

9.    The Parties agree that, at this time, an amended scheduling order is necessary and respectfully propose the following:

| Event | Deadline |
|---|---|
| Defendants to Respond to the FAC | January 8, 2021 |
| Discovery cutoff | July 23, 2021 |
| Motion for Class Certification, with Expert Reports | September 23, 2021 |
| Opposition to Motion for Class Certification, with Expert Reports | November 23, 2021 |
| Reply in Support of Motion for Class Certification, with Expert Reports | January 23, 2022 |

---

[1] Plaintiffs maintain their claim for Violations of N.Y. Gen. Bus. Law § 349. The previously asserted claim for violations of the Delaware Consumer Fraud Act were effectively dismissed.

|  |  |
|---|---|

10. Good cause exists for the foregoing amended scheduling order. It accounts for the filing of the FAC, and the changed scope of discovery given the new theory. Also, Plaintiff asserts that completed discovery in other matters pending against Defendant is relevant to the instant claims, and Defendants are coordinating efforts for further, potential productions. No party will be prejudiced by the relief sought herein, which is sought in good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that the court enter the Scheduling Order provided above and in the attached proposed order.

Dated:  December 10, 2020

By:   /s/ Lisa M. Simoneti
Lisa M. Simonetti (*pro hac vice*)
GREENBERG TRAURIG, LLP
Email:  SimonettiL@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Phone: (310) 586-7700
Facsimile: (310) 586-7800
simonettil@gtlaw.com

*Attorney for Defendants*

By:   /s/ Brian C. Gudmundson
Brian C. Gudmundson
Zimmerman Reed, L.L.P.
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-341-0400
Fax: 612-341-0844
Email: brian.gudmundson@zimmreed.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                        */s/ Lisa M. Simonetti*
                                        Attorney for Defendants

                                        Lisa M. Simonetti
                                        Email: SimonettiL@gtlaw.com
                                        GREENBERG TRAURIG, LLP
                                        1840 Century Park East, Suite 1900
                                        Los Angeles, CA 90067
                                        Phone: (310) 586-7700
                                        Facsimile: (310) -586-7800