UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE TRAVIS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION & NAVIENT SOLUTIONS, INC.<br><br>        Defendants. | Case No. 2:17-cv-04885-ENV-JMW |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned parties, that the above-captioned action against all Defendants is hereby dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and respective attorneys' fees.

Dated December 16, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Lisa M. Simonetti<br>Lisa M. Simonetti<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Phone: (310) 586-7700<br>Facsimile: (310)586-7800<br>Email: SimonettiL@gtlaw.com<br>*Attorney for Defendants* | s/ Brian C. Gudmundson<br>Brian C. Gudmundson<br>Michael J. Laird<br>Rachel K. Tack<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>brian.gudmundson@zimmreed.com<br>michael.laird@zimmreed.com<br>rachel.tack@zimmreed.com |

Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
mreese@reesellp.com

George V. Granade
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA  90211
Telephone: (212) 643-0500ru
Facsimile: (212) 253-4272
ggranade@reesellp.com

Arthur M. Murray
Stephen B. Murray
Robin M. Myers
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
rmyers@murray-lawfirm.com

Gary F. Lynch
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE**
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 12/17/2021

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Judge

*The clerk is directed to close the case.*